AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  11-mj-02129-MBB |
| GERALD K. ACHOLONU | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/28/2011

/s/ Eric P. Christofferson
*Attorney's signature*

Eric P. Christofferson (BBO#654087)
*Printed name and bar number*

United States Attorney's Office
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
*Address*

Eric.Christofferson@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3951
*FAX number*