AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| GERALD ACHOLONU | Case Number: 11-CR-02129-MBB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Bowler | E. Christofferson | H. Brennan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/29/2011 | Digital | B. Garvin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/29/2011 | | | Government calls David Breton |
| 1 | | 12/29/2011 | x | x | Affidavit supporting criminal complaint |
| 2 | | 12/29/2011 | x | x | Discover credit card |
| 3 | | 12/29/2011 | x | x | Credit card statement |
| 4 | | 12/29/2011 | x | x | T-mobile receipt |
| 5 | | 12/29/2011 | x | x | ATM Photo from Bank of America ATM in Quincy, MA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages