AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Gerald K. Acholonu | ) Case No. 11-MJ-2129-MBB |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gerald K. Acholonu                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Between August 2010 and May 2011, ACHOLONU knowingly and with intent to deceive effected transactions with one or more access devices (credit cards) issued to another person or persons, to receive payment or any other thing of value during a 1-year period, the aggregate value of which equaled at least $1,000, thus affecting interstate commerce, and aided and abetted the same, in violation of Title 18, United States Code, Sections 1029(a)(5) & 2; took U.S. mail before its delivery to the person to whom it was directed with design to obstruct the correspondence, and opened, secreted, and embezzled the same, and aided and abetted the same, in violation of Title 18, United States Code, Sections 1702 & 2; and during and in relation to an enumerated felony, knowingly transferred, possessed, and used without lawful authority a means of identification of another, and aided and abetted the same, in violation of Title 18, United States Code, Sections 1028A & 2.

Date: December 21, 2011 @ 10:45 A.M.

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Marianne B. Bowler, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/21/2011, and the person was arrested on *(date)* 12/22/2011
at *(city and state)*   Braintree, MA.

Date: 12/22/2011

*Arresting officer's signature*

DAVID M. BRETON, U.S. Postal Inspector
*Printed name and title*