AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Gerald Acholonu<br>*Defendant* | )<br>)<br>)   Case No.   11-MJ-02129<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gerald Acholonu

Date:   03/02/2012

*Attorney's signature*

Alan Chipman BBO#552137
*Printed name and bar number*

Law Offices of Russell C. Sobelman
152 Lynnway
Lynn, MA 01902

*Address*

alanchipman@verizon.net
*E-mail address*

(781) 581-1300
*Telephone number*

(781) 581-1719
*FAX number*