AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 11-MJ-02129 |
| Gerald Acholonu | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gerald Acholonu

Date: 03/02/2012

*Attorney's signature*

Lance Sobelman BBO#680335
*Printed name and bar number*

Law Offices of Russell C. Sobelman
152 Lynnway
Lynn, MA 01902

*Address*

attorneysobelman@gmail.com
*E-mail address*

(781) 581-1300
*Telephone number*

(781) 581-1719
*FAX number*